## COUNTIES OF WASHINGTON AND KENT, DURING THE FALL CIRCUIT, 1863.

PRESENT:

Hon. SAMUEL AMES, Chief Justice.
Hon. GEORGE A. BRAYTON, } Justices.
Hon. J. RUSSELL BULLOCK, }

## WASHINGTON COUNTY, AUGUST TERM, 1863.

Stephen C. Fiske and another *v.* Thomas A. Hazard, Town Treasurer.

The towns of this State have no general power to vote or expend money by way of bounty to soldiers enlisted or drafted into the service of the United States, nor is any such power given by Ch. 30 of the Revised Statutes, which specifies and defines the powers of such bodies corporate.

The vote of the town of South Kingstown, passed July 20th, 1863, which, in substance, appropriates to every man drafted from the town a sufficient sum to pay his commutation money, contravenes the act of the General Assembly of January session, 1863, which enables the towns to raise money to assist, to a limited amount, needy and destitute families and dependents of those mustered

Fiske and another *v.* Hazard, Town Treasurer.

from this State into the military and naval service of the United States; and the town treasurer of that town was enjoined, at the suit of inhabitants and tax-payers of the town, from paying any money out of the town treasury under said vote; but without costs to the town treasurer, who was in no fault.

BILL in equity, brought by the plaintiffs, as inhabitants and tax-payers of the town of South Kingstown, to enjoin the town treasurer of said town from paying out of the town treasury sums of money, alleged in the bill to amount in the aggregate to $21,000, under a vote of the town claimed to be illegal and void.

The cause came before the court upon bill and answer, from which it appeared, that the General Assembly having, by an act passed at their January session, 1863, entitled " An act in addition to Title VII, Chapter 30, of the Revised Statutes," provided, that " hereafter the several towns are authorized to raise money for the purpose of rendering relief and assistance to the needy and destitute families or dependents of those who have been or may be hereafter mustered into the navy or army of the United States from this State, to an amount not exceeding four dollars per week to the family of any one person," the town of South Kingstown, at a specially called town meeting, held on the 20th day of July, 1863, passed the following vote:—

" *Voted,* That the town treasurer of the town of South Kingstown be authorized to pay out of the town treasury the sum of four dollars per week for seventy-five weeks, to every man or his dependent who has been or may be drafted in order to fill up the town's quota under the last order of the President, (not including exempts); said money to be paid only to those who go into the service of the United States, furnish a substitute, or pay *his* commutation money; said payments to be made monthly, the first payment to be made the first day of August, 1863." It appeared, that a vote confining the appropriation of the town within the limits fixed by the General Assembly was offered to the town meeting, and voted down, and the above vote passed,— to restrain the town treasurer from acting under which, this bill was filed.

*W. Updike, for the complainants.*

*E. R. Potter, for the respondent.*

AMES, C. J.   The vote of the town of South Kingstown, which —

has been brought to our attention, is clearly illegal and void; and, from what appears to us, seems to have been passed in defiance of the act of the General Assembly. We need not say, that towns, as well as individuals, are bound to obey the law, and that the right of the citizen is, to protection against the illegal action of both.

The towns of this State have no general power to vote or expend money by way of bounty to soldiers, enlisted or drafted into the service of the United States ; nor is any such power given by chapter 30 of the Revised Statutes, which specifies and defines the powers of such bodies corporate. The act of January, 1863, which authorizes, limits, also, the character and degree of all such expenditure. It enables the towns to raise money to assist needy and destitute families and dependents of those mustered from this State into the military or naval service of the United States, to an amount not exceeding four dollars per week to the family of any one person. It was designed for the relief of those left destitute in this State, by the engagement of the head of the family in either branch of the service of the United States.

The vote of the town of South Kingstown is confined to those affected by the recent act of Congress, passed to promote the *military* service of the United States, and extends not even to those *enlisted* in that service. On the other hand, it embraces all those *drafted* into the army, whether they go into the service, furnish a substitute, or pay their commutation. Its purpose and effect is, not to assist the destitute, but to pay the commutation money of every man drafted from the town, by giving him four dollars per week for seventy-five weeks,—in other words, three hundred dollars,—the precise sum named by the act of Congress to be paid by those drafted, in commutation for personal service. It contravenes the law of the State, and, without doubt, was designed to do so.

Under such circumstances, at the suit of inhabitants and taxpayers of the town, who are interested to prevent so unauthorized an expenditure of public money, we do not hesitate to stop this mischief by granting the injunction prayed for ; but as the town treasurer has been in no fault, it must be without costs. Let the decree be entered accordingly.